**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
MI AE KO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MI AE KO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,**<br><br>　　　　Defendants. | **Case No.:** 5:24-cv-02412-DSF-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. DALE S. FISCHER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MI AE KO ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss EQUIFAX INFORMATION SERVICES, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding EQUIFAX INFORMATION SERVICES, LLC be vacated.

Date: May 27, 2025                                           **LOKER LAW, APC**

                                        BY:   /s/ MATTHEW M. LOKER
                                                                   MATTHEW M. LOKER, ESQ.
                                                                   ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 5:24-cv-02412-DSF-SP**    **1 OF 1**    *Ko v. Wells Fargo, N.A., et al*
**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Equifax Information Services, LLC* has been submitted on May 27, 2025 to all defense counsel of record via e-mail.

                                      ___/s/ MATTHEW M. LOKER___
                                          MATTHEW M. LOKER, ESQ.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:24-cv-02412-DSF-SP**                      *Ko v. Wells Fargo, N.A., et al*
**PROOF OF SERVICE**