**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
MI AE KO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MI AE KO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,**<br><br>　　　　Defendants. | **Case No.:** 5:24-cv-02412-DSF-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HON. DALE S. FISCHER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MI AE KO ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. has been resolved.  The Parties anticipate filing a Joint Stipulation to Dismiss EXPERIAN INFORMATION SOLUTIONS, INC. with Prejudice within sixty days.  Plaintiff requests that all pending dates and filing requirements regarding EXPERIAN INFORMATION SOLUTIONS, INC. be vacated.

Date: May 27, 2025                                            **LOKER LAW, APC**

                                                                       BY:   /s/ MATTHEW M. LOKER
                                                                              MATTHEW M. LOKER, ESQ.
                                                                              ATTORNEY FOR PLAINTIFF

132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:24-cv-02412-DSF-SP   1 OF 1   *Ko v. Wells Fargo, N.A., et al*
**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian Information Solutions, Inc.* has been submitted on May 27, 2025 to all defense counsel of record via e-mail.

                                                       /s/ Matthew M. Loker
                                                       Matthew M. Loker, Esq.