**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
MI AE KO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MI AE KO,**<br><br>   Plaintiff,<br><br>   v.<br><br>**WELLS FARGO, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,**<br><br>   Defendants. | **Case No.:** 5:24-cv-02412-DSF-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC**<br><br>**HON. DALE S. FISCHER** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MI AE KO ("Plaintiff") and Defendant TRANS UNION, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss TRANS UNION, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding TRANS UNION, LLC be vacated.

Date: May 27, 2025                                      **LOKER LAW, APC**

                                        BY: ___/S/ MATTHEW M. LOKER___
                                             MATTHEW M. LOKER, ESQ.
                                             ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 5:24-cv-02412-DSF-SP**          **1 OF 1**          *Ko v. Wells Fargo, N.A., et al*
**NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Trans Union, LLC* has been submitted on May 27, 2025 to all defense counsel of record via e-mail.

                                             ___/s/ MATTHEW M. LOKER___
                                                     MATTHEW M. LOKER, ESQ.

**CASE NO.: 5:24-cv-02412-DSF-SP**   *Ko v. Wells Fargo, N.A., et al*
**PROOF OF SERVICE**